IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3120 |
| vs. | ORDER |
| ROBERT JOHN TREJO, | |
| Defendant. | |

The defendant's previously appointed counsel has retired, and the defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. David J. Tarrell is appointed, and shall promptly enter an appearance as counsel for the above-named defendant.

2. The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

- 2 -

Dated this 6th day of January, 2021.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Chief United States District Judge